<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal Action |
| Plaintiff ) | No. 05-cr-489 |
| ) | |
| vs. ) | Civil Action |
| ) | No. 07-cv-438 |
| JASON ECHEVARRIA-ANTUNA, ) | |
| ) | |
| Defendant ) | |

<u>O R D E R</u>

NOW, this 24th day of March, 2010, upon consideration of the pro se Motion to Vacate, Set Aside, or Correct Sentence filed May 9, 2007 by defendant; upon consideration of the Government's Response to Defendant's Pro Se Motion to Vacate, Set Aside, or Correct Sentence, which response was filed September 15, 2008; and for the reasons expressed in the accompanying Opinion,

<u>IT IS ORDERED</u> that defendant's pro se Motion to Vacate, Set Aside, or Correct Sentence is denied.

<u>IT IS FURTHER ORDERED</u> that a certificate of appealability is denied.

<u>IT IS FURTHER ORDERED</u> that the Clerk of Court shall mark this case closed for statistical purposes.

                              BY THE COURT:


                               /s/ James Knoll Gardner
                              James Knoll Gardner
                              United States District Judge